United States District Court
Eastern District of North Carolina

TERRY MOORE,
        Plaintiff(s)

v.                              **Judgment in a Civil Case**

WAYNE TALBERT,
HUGH MARTIN,
HATTIE PIMPONG,
        Defendant(s)        Case Number: 5:08-CT-3024-D

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that this action is hereby dismissed as frivolous.

THE ABOVE JUDGMENT WAS FILED AND ENTERED TODAY, SEPTEMBER 23, 2008 AND A COPY MAILED TO:

Terry Moore
0290631
Hyde Correctional Institution
P.O. Box 278
Swan Quarter, NC 27885

| September 23, 2008 | /s/ DENNIS P. IAVARONE |
|---|---|
| Date | Clerk |

Raleigh, North Carolina